UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WESTGATE LVH, LLC, | Case No. 2:17-cv-01731-RFB-NJK |
| Plaintiff(s), | |
| vs. | ORDER DENYING MOTION TO EXTEND DISCOVERY STAY |
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION, *et al.,* | (Docket No. 14) |
| Defendant(s). | |

Pending before the Court is the parties' stipulated discovery plan and scheduling order requesting special scheduling. Docket No. 14. The presumptive discovery cut-off deadline is 180 days after the Defendant's first appearance, unless the parties state reasons why longer or different time periods should apply. Local Rule 26-1. In this case, the parties have set September 8, 2017 as the starting date to calculate the discovery cut-off deadline. Docket No. 14 at 2. The parties submit that, during the time period after the meet and confer on August 17, 2017, they were preparing their joint discovery plan and discussing protective orders. *Id.* at 5. The Court finds this reason insufficient for an extended discovery period, particularly considering that the parties have failed to account for the time period between July 20, 2017, and August 17, 2017.

Accordingly, the Court hereby DENIES without prejudice the stipulated discovery plan and scheduling order requesting special scheduling.

IT IS SO ORDERED.

DATED: September 15, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge