1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **DISTRICT OF NEVADA**

10 WESTGATE LVH, LLC,                    )
                                        )    Case No. 2:17-cv-01731-RFB-NJK
11                    Plaintiff(s),     )
                                        )    ORDER
12 vs.                                  )
                                        )    (Docket No. 22)
13 TRUSTEES OF THE NEVADA RESORT        )
   ASSOCIATION,                         )
14                                      )
                                        )
15                    Defendant(s).     )
                                        )
16 _____)

17          Pending before the Court is Plaintiff's motion to extend discovery deadlines.  Docket No. 22.

18 Defendants filed a response.  Docket No. 24.  Plaintiff filed a reply.  Docket No. 25.  For good cause

19 shown, Plaintiff's motion is **GRANTED** in part and **DENIED** in part.

20          Plaintiff requests an extension of 90 days to all discovery deadlines.  Docket No. 22 at 2.[1]

21 Plaintiff submits that, due to scheduling conflicts, the delayed filing of the stipulated protective order,

22 and the complexity of the case, it is unable to meet the November 17, 2017, expert disclosure deadline.

23 *Id.* at 6.  In response, Defendants submit that they oppose an extension of the expert disclosure deadline

24 because a stipulated protective order does not impact the retention of an expert witness.  Docket No. 24

25 _____

26          [1] One of the deadlines for which Plaintiff requests an extension has already expired.  Docket No.
   22 at 7.  Plaintiff fails, however, to address excusable neglect for the extension of that deadline. *See,*
27 *generally,* Docket No. 22.  Accordingly, the Court **DENIES** Plaintiff's request to extend the deadline to
   amend pleading and add parties.
28

at 4. Defendants further submit that the delay in filing the stipulated protective order was of Plaintiff's own doing. *Id.* Defendants, however, agree to an extension of all other deadlines that have not yet passed. Docket No. 24 at 7-8.

For good cause shown, the Court **GRANTS** in part Plaintiff's motion to extend discovery deadlines by 90 days. Docket No. 22. The Court imposes the following deadlines:

- Discovery cut-off: April 16, 2018
- Expert disclosure: February 15, 2018
- Rebuttal expert disclosure: March 15, 2018
- Interim status report: February 15, 2018
- Dispositive motions: May 16, 2018
- Joint pre-trial order: June 18, 2018

IT IS SO ORDERED.

DATED: November 15, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge