Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

Vincent Aiello
Nevada Bar No. 7970
vincent.aiello@gmlaw.com
GREENSPOON MARDER, P.A.
HC Hughes Center
3993 Howard Hughes Pkwy, Suite 400
Las Vegas, NV 89169
Telephone: 702.978.4255
Fax: 702.771.9264

Russell S. Buhite (*pro hac vice*)
russell.buhite@ogletree.com
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
Telephone: 206.693.7052
Fax: 206.693.7058

*Attorneys for Plaintiff Westgate LVH, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WESTGATE LVH, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TRUSTEES OF THE NEVADA RESORT ASSOCIATION, INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES (I.A.T.S.E.) LOCAL 720 PENSION TRUST,<br><br>Defendants. | Case No. 2:17-cv-01731-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANTS' MOTION TO AMEND ANSWER**<br><br>**(FIRST REQUEST)** |

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

Plaintiff, Westgate LVH, LLC ("Plaintiff") and Defendants Trustees of the Nevada Resort Association and International Alliance of the Theatrical Stage Employees Local 720 Pension Trust ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Plaintiff to file a response to Defendant's Motion to Amend Answer (ECF No. 30) from April 16, 2018 to April 20, 2018.  This request is submitted pursuant to LR IA 6-1, 6-2, and LR 7-1 and is the Parties' first request.

Plaintiff requires, and Defendants have agreed to provide, additional time to analyze and formulate a response to the motion to amend.  Therefore, the Parties have agreed that the deadline for the response to the Motion to Amend Answer on file herein (ECF No. 30) shall be extended up to and including **April 20, 2018**.

This stipulation is not brought for purposes of delay or any other improper purpose.

Dated this 16th day of April, 2018.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Christopher M. Humes | /s/ Anthony L. Martin |
| Adam P. Segal<br>Bryce C. Loveland<br>Christopher M. Humes<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV  89106<br>*Attorneys for Defendants* | Russell S. Buhite (*Admitted Pro Hac Vice*)<br>800 Fifth Avenue, Suite 4100<br>Seattle, WA  98104<br><br>Anthony L. Martin<br>3800 Howard Hughes Parkway<br>Suite 1500<br>Las Vegas, NV  89169<br><br>GREENSPOON MARDER, P.A.<br>Vincent Aiello<br>3993 Howard Hughes Parkway<br>Suite 400<br>Las Vegas, NV  89169<br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT MAGISTRATE JUDGE

April 23, 2018
DATED

2