ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
**OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.**
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

RUSSELL S. BUHITE *(pro hac vice)*
russell.buhite@ogletree.com
**OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.**
800 Fifth Avenue, Suite 1400
Seattle, WA 98104
Telephone: 206.693.7052
Fax: 206.693.7058

VINCENT J. AIELLO
Nevada Bar No. 7970
vincent.aiello@gmlaw.com
**GREENSPOON MARDER, P.A.**
3993 Howard Hughes Parkway Ste. 400
Las Vegas, NV 89169
Telephone: 702.978.4255
Fax: 954.333.4285
*Attorneys for Plaintiff Westgate LVH, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WESTGATE LVH, LLC, | CASE NO.: 2:17-cv-01731-RFB-NJK |
| Plaintiff, | **PLAINTIFF'S MOTION FOR REMOVAL OF COUNSEL ERICA J. CHEE FROM CM/ECF SERVICE LIST** |
| vs. | |
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION, INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES (I.A.T.S.E.) LOCAL 720 PENSION TRUST, | |
| Defendants. | |

GREENSPOON MARDER
3993 Howard Hughes Parkway Suite 400
Las Vegas, Nevada 89169
Tel: (702) 978-4255 Fax: (954) 333-4014

Counsel for Plaintiff Westgate LVH, LLC ("Plaintiff") hereby files this Motion for Removal of Counsel from the CM/ECF Service List in the instant matter. This Motion seeks to remove attorney Erica J. Chee from the CM/ECF service list. Ms. Chee has left Ogletree, Deakins, Nash, Smoak & Stewart, P.C., to serve as legal counsel at MGM Resorts Int'l.

As Ms. Chee is no longer counsel of record for Plaintiff, Plaintiff respectfully requests that this Court remove her name from the CM/ECF docket and CM/ECF service list for this matter.

DATED this 24th day of April, 2018.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ Anthony L. Martin
Anthony L. Martin
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169

Russell S. Buhite *(pro hac vice)*
800 Fifth Avenue, Suite 1400
Seattle, WA 98104
Telephone: 206.693.7052
Fax: 206.693.7058

Vincent J. Aiello
**EENSPOON MARDER, P.A.**
Nevada Bar No. 7970
3993 Howard Hughes Parkway Ste. 400
Las Vegas, NV 89169

*Attorneys for Plaintiff Westgate LVH, LLC*

IT IS SO ORDERED.

Dated: April 25, 2018

_____
UNITED STATES MAGISTRATE JUDGE

GREENSPOON MARDER
3993 Howard Hughes Parkway Suite 400
Las Vegas, Nevada 89169
Tel: (702) 978-4255 Fax: (954) 333-4014