Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com
Email: chumes@bhfs.com

*Attorneys for Defendants Trustees of the Nevada Resort Association - IATSE Retirement Local 720 Pension Plan*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WESTGATE LVH, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> TRUSTEES OF THE NEVADA RESORT ASSOCIATION, INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES (I.A.T.S.E.) LOCAL 720 PENSION TRUST, <br><br> Defendants. | CASE NO.: 2:17-cv-01731-RFB-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO MOTION TO AMEND DEFENDANTS' ANSWER** <br><br> **[FIRST REQUEST]** |

Defendants, the Trustees of the Nevada Resort Association - IATSE Retirement Local 720 Pension Plan (the "Plan") by and through their attorneys of record at Brownstein Hyatt Farber Schreck, LLP, and Plaintiff Westgate LVH, LLC ("Westgate") by and through its counsel of record, Greenspoon Marder, P.A and Ogletree Deakins Nash Smoak & Stewart, P.C, hereby stipulate and request an order extending the Plan's reply deadline to Motion to Amend Defendant's Answer (ECF No. 30) filed on April 2, 2017, by one week from April 27, 2018, to May 4, 2018.

1

16770706

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

Defendants require, and Plaintiff has agreed to provide, additional time to analyze and formulate a reply in support of the motion to amend. The pending extension request will have not prejudice and is not sought for an improper purpose or delay.

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | GREENSPOON MARDER, P.A. |
| /s/ Christopher M. Humes | /s/ Vincent Aiello |
| Adam P. Segal, Esq.<br>Nevada Bar No. 6120<br>Bryce C. Loveland, Esq.<br>Nevada Bar No. 10132<br>Christopher M. Humes, Esq.<br>Nevada Bar No. 12782<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614<br><br>*Attorneys for Defendants Trustees of the Nevada Resort Association - IATSE Retirement Local 720 Pension Plan*<br><br>Dated: April 30, 2018 | Vincent Aiello, Esq.<br>Nevada Bar No. 7970<br>3993 Howard Hughes Pkwy, Suite 400<br>Las Vegas, NV 89169<br><br>Russell S. Buhite, Esq. (*Pro Hace Vice*)<br>Washington Bar No. 41257<br>OGLETREE DEAKINS NASH SMOAK & STEWART, P.C<br>800 Fifth Avenue, Suite 4100<br>Seattle, Washington 98104<br><br>*Attorneys for Plaintiff Westgate LVH, LLC*<br><br>Dated: April 30, 2018 |

# O R D E R

**IT IS SO ORDERED that Plan's reply to the Motion to Amend Defendant's Answer is due May 4, 2018.**

_____
RICHARD F. BOULWARE, II
United States District Judge

**CASE NO. 2:17-cv-01731-RFB-NJK**

**DATED:** ___May 1, 2018._____

2

16770706