# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WESTGATE LVH, LLC, | Case No. 2:17-cv-01731-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 39) |
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION, | |
| Defendant(s). | |

Pending before the Court is the parties' stipulation to extend discovery deadlines. Docket No. 39. Local Rule IA 6-2 dictates the placement of the signature block intended for the court in granting a motion or stipulation. The parties fail to abide by this instruction. *Id.* Therefore, the Court **DENIES** without prejudice the parties' stipulation to extend discovery deadlines. Docket No. 39.

IT IS SO ORDERED.

DATED: June 21, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge