Adam P. Segal, Esq., Nevada Bar No. 6120
Bryce C. Loveland, Esq., Nevada Bar No. 10132
Christopher M. Humes, Esq., Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com
Email: chumes@bhfs.com

*Attorneys for Defendants Trustees of the Nevada
Resort Association - IATSE Retirement Local 720
Pension Plan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WESTGATE LVH, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TRUSTEES OF THE NEVADA RESORT ASSOCIATION, INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES (I.A.T.S.E.) LOCAL 720 PENSION TRUST,<br><br>Defendants. | CASE NO.: 2:17-cv-01731-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[SECOND REQUEST]** |

Defendants, the Trustees of the Nevada Resort Association - IATSE Retirement Local 720 Pension Plan (the "Plan") by and through their attorneys of record at Brownstein Hyatt Farber Schreck, LLP, and Plaintiff Westgate LVH, LLC ("Westgate") by and through its counsel of record, Greenspoon Marder, P.A and Ogletree Deakins Nash Smoak & Stewart, P.C, hereby stipulate and agree that the modified Scheduling Order (ECF No. 29) in this case by extended forty-five days (45) additional days from the current discovery deadline of June 29, 2018, to August 13, 2018, and the dispositive motion deadline from July 30, 2018, to September 12, 2018. This is the second joint request to extend the discovery deadline.

1

16649141

While the Parties have not filed this extension twenty-one days prior to the subject deadline, the Parties stipulate that good cause exists for granting the extension. Despite the Parties' continued diligence in attempting to schedule a deposition of the Person Most Knowledgeable of Westgate, the Parties have yet to be able to find a date and time that is mutually available.

Moreover, Westgate is encountering service issues regarding a subpoena for deposition of Mr. Dan'l Cook. Westgate is planning to seek service by alternative methods and require additional time to complete this process.

The Parties represent to this Court that they have been in almost constant contact regarding the issues identified above. Despite the Parties' best efforts, the Parties agree that additional time is required to obtain critical testimony and fully explore the merits of this case

**A.     DISCOVERY COMPLETE.**

1. 9/8/2017 Defendants' Initial Disclosures.
2. 9/29/2017 Plaintiff's Initial Disclosures.
3. 11/2/2017 Plaintiff's First Set of Requests for Production of Documents to Defendants.
4. 11/2/2017 Plaintiff First Set of Interrogatories to Defendants.
5. 12/7/2017 Defendants' Responses to First Set of Requests for Production of Documents.
6. 12/7/2017 Defendants' Responses to First Set of Interrogatories.
7. 12/7/2017 Defendants' First Supplemental Disclosures.
8. 1/16/2018 Defendants' First Request for Production of Documents Westgate, LVH, LLC.
9. 1/16/2018 Defendants' First Set of Interrogatories to Westgate, LVH, LLC.
10. 1/16/2018 Defendants' First Requests for Admission to Westgate, LVH, LLC.
11. 2/12/2018 Plaintiff's Subpoena Deposition – R. Ostrosky.
12. 2/12/2018 Plaintiff's Subpoena Deposition – M. McDonald.
13. 2/17/02018 Plaintiff's Responses to First Requests for Admissions.
14. 2/20/2018 Plaintiff's First Amended Notice of Deposition – B. Payson.

16649141

15. 3/9/2018 Plaintiff's Responses to First Request for Production of Documents.

16. 3/9/2018 Defendants' Second Supplemental Disclosures.

17. 3/9/2018 Defendants' Notice of 30(b)(6) Deposition – Westgate, LVH-LLC

18. 3/9/2018 Plaintiff's Answers to First Set of Interrogatories

19. 3/9/2018 Plaintiff's Responses to Defendants First Request for Production of Documents.

20. 3/9/2018 Plaintiff's Responses to Defendants' First Set of Interrogatories.

21. 3/13/2018 Plaintiff's First Supplemental Initial Disclosures.

22. 3/16/2018 Defendants' Second Request for Production of Documents to Plaintiff.

23. 3/16/2018 Defendants' Second Set of Interrogatories to Plaintiff.

24. 3/19/2018 Defendants' Subpoena Deposition – R. Stevens.

25. 3/19/2018 Defendants' Subpoena Deposition – R. Johnson.

26. 3/21/18 Defendants' Third Supplemental Initial Disclosures

27. 4/10/18 Deposition of R. Johnson

28. 4/30/18 Defendants' Third Set of Interrogatories.

29. 5/2/18 Defendants' Subpoenas Duces Tecum to Haynes and Boone, Goldman Sachs Mortgage Company and 3000 Paradise Road Holdco, LLC. ("Goldman Sachs Subpoenas").

30. 5/3/18 Plaintiff's responses to Defendants' Second Request for Production of Documents and Second Set of Interrogatories.

31. 5/3/18 Plaintiff's Second Supplemental Initial Disclosures

32. 5/24/18 Plaintiff's First Set of Requests for Admissions

33. 5/25/18 Plaintiff's Second Request for Production of Documents

34. 5/25/18 Plaintiff's Subpoena for the Deposition of Dan'l Cook.

35. 5/31/18 Plaintiff's Responses to Defendants' Third Set of Interrogatories.

36. 6/5/18 3000 Paradise Road Holdco, LLC's Response to the Goldman Sachs Subpoenas.

**B. DISCOVERY THAT NEEDS TO BE COMPLETED.**

1. Defendants' Responses to Plaintiff's Requests for Admissions and Production of Documents.

3

16649141

2. Defendants' additional Requests for Production of Documents to Plaintiff.

3. Defendants additional Interrogatories and Requests for Admissions to Plaintiff.

4. Potential written discovery requests from Plaintiff.

5. Plaintiff's additional Requests for Production of Documents to Defendants.

6. Plaintiff's additional Interrogatories to Plaintiff.

7. Potential written discovery requests from Defendants.

8. The above referenced depositions of the Person Most Knowledgeable of Westgate and the Deposition of Dan'l Cook.

9. Depositions of additional relevant witnesses.

C. **REASON DISCOVERY WAS NOT COMPLETED.**

The Parties are requesting this extension to ensure that Plaintiff and Defendants have ample time to schedule depositions of Westgate's person most knowledgeable and Dan'l Cook, in addition to any other relevant depositions that the parties choose to conduct. The Parties have been diligently attempting to calendar certain depositions, but due to numerous scheduling conflicts, the parties are requesting an extension to ensure all needed discovery is completed.

D. **CURRENT DISCOVERY SCHEDULE.**

1. Discovery Cutoff                6/29/2018
2. Dispositive Motion Cutoff       7/30/2018
3. Pretrial Order Cutoff:          8/29/2018

E. **PROPOSED DISCOVERY SCHEDULE.**

1. New Discovery Cutoff            8/13/2018
2. New Dispositive Motion Cutoff   9/12/2018
3. New Pretrial Order Cutoff       10/12/2018

4. In the event dispositive motion(s) are filed, the date for filing the joint pretrial order shall be suspended until 30 days after the Court enters a ruling on the dispositive motions, or otherwise by further order of the Court.

4

16649141

1  This is the Parties' second joint request for an extension of the discovery deadline dates. The requested extension is not made to delay this matter, but made in the spirit of good faith by both parties to ensure all needed discovery is conducted before proceeding to dispositive motions and to trial. As stated above, the Parties have been in almost constant communication regarding the scheduling of depositions, but due to scheduling conflicts, have not been able to establish deposition dates.

Based upon the foregoing, the Parties believe there is good cause for the requested extension.

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | GREENSPOON MARDER, P.A. |
| /s/ Christopher M. Humes | /s/ Russell S. Buhite |
| Adam P. Segal, Esq.<br>Nevada Bar No. 6120<br>Bryce C. Loveland, Esq.<br>Nevada Bar No. 10132<br>Christopher M. Humes, Esq.<br>Nevada Bar No. 12782<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614 | Vincent Aiello, Esq.<br>Nevada Bar No. 7970<br>3993 Howard Hughes Pkwy, Suite 400<br>Las Vegas, NV 89169<br><br>Russell S. Buhite, Esq. (*Pro Hace Vice*)<br>Washington Bar No. 41257<br>OGLETREE DEAKINS NASH SMOAK & STEWART, P.C<br>800 Fifth Avenue, Suite 4100<br>Seattle, Washington 98104 |
| *Attorneys for Defendants Trustees of the Nevada Resort Association - IATSE Retirement Local 720 Pension Plan* | *Attorneys for Plaintiff Westgate LVH, LLC* |
| Dated: June 22, 2018 | Dated: June 22, 2018 |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** June 22, 2018

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

16649141

5