# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WESTGATE LVH, LLC, | Case No.: 2:17-cv-01731-RFB-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 46) |
| TRUSTEES OF THE NEVADA RESOIRT ASSOCIATION, | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion for a protective order or, alternatively, motion to quash Defendant's third-party subpoena, filed on an emergency basis. Docket No. 46.

Plaintiff submits that it attempted to meet and confer with Defendant's counsel via email on August 10, 2018, prior to filing the instant motion. *Id.* at 2, 5, 25 ("The purpose of this email is to meet and confer…"). The meet and confer requirement, however, "may only be satisfied through direct dialogue and discussion in a face-to-face meeting, telephone conference, or video conference." Local Rule IA 1-3(f).

//
//
//
//
//

1

Accordingly, the Court **ORDERS** the parties to engage in a telephonic or in-person meet and confer, no later than August 16, 2018. If the parties are unable to resolve the underlying issue, a response to the instant motion shall be filed no later than August 20, 2018. Any reply shall be filed no later than August 21, 2018.

IT IS SO ORDERED.

Dated: August 14, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge