ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
**OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.**
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

RUSSELL S. BUHITE *(pro hac vice)*
russell.buhite@ogletree.com
**OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.**
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: 206.693.7052
Fax: 206.693.7058

VINCENT J. AIELLO
Nevada Bar No. 7970
vincent.aiello@gmlaw.com
**GREENSPOON MARDER, P.A.**
3993 Howard Hughes Parkway Ste. 400
Las Vegas, NV 89169
Telephone: 702.978.4255
Fax: 954.333.4285
*Attorneys for Plaintiff Westgate LVH, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WESTGATE LVH, LLC, <br><br>Plaintiff, <br><br>vs. <br><br>TRUSTEES OF THE NEVADA RESORT ASSOCIATION, INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES (I.A.T.S.E.) LOCAL 720 PENSION TRUST, <br><br>Defendants. | CASE NO.: 2:17-cv-01731-RFB-NJK <br><br>**STIPULATION AND ORDER FOR ONE-WEEK EXTENSION FOR PARTIES TO RESPOND TO RESPECTIVE SUMMARY JUDGMENT MOTIONS** <br><br>**[FIRST REQUEST]** |

1

Counsel for Plaintiff Westgate LVH, LLC and NAV-LVH, LLC ("Plaintiffs") by and through its attorneys of record at Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and Greenspoon Marder, P.A. and Defendants, the Trustees of the Nevada Resort Association – IATSE Retirement Local 720 Pension Plan, through counsel at Brownstein Hyatt Farber Schreck, LLP, hereby stipulate and agree to a one-week extension for each party to respond to the other party's Motion for Summary Judgment filed in this matter. The parties filed their respective Motions for Summary Judgment on January 25, 2019 and currently the respective deadlines to file responses in opposition are set for February 15, 2019. The stipulated joint extensions would take the deadline for each parties' response to February 22, 2019.

Similarly, the Parties request that the deadline to file their replies in support of their respective motions for summary judgment be extended from March 1, 2019, until March 8, 2019.

This is the first joint request to extend the deadline for each party to respond to the opposing party's summary judgment motion.

A. **DISPOSITIVE MOTIONS FILED**

Plaintiffs and Defendants each filed their respective motions for summary judgment on January 25, 2019 (Dkts. 67, 68).

B. **REASON EXTENSION IS REQUESTED**

The Parties are requesting this extension due to extreme winter weather conditions that have affected Seattle, Washington, where lead Plaintiffs' counsel is located, that has resulted in office closures for multiple days from the large accumulation of snow. To ensure that both sides have ample time to respond to pending motions for summary judgment, Plaintiffs and Defendants each request a one-week extension to respond.

The requested extension is not made to delay this matter, but made in the spirit of good faith

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 THIRD AVENUE, STE. 5150
SEATTLE, WA 98101
TELEPHONE: 206-693-7057

by both parties to ensure all each side has ample opportunity to complete and file responses to motions for summary judgment on file in this matter. Based upon the foregoing, the Parties believe there is good cause for the requested extension.

The parties continue to request that the date for filing the joint pretrial order be suspended until 30 days after the Court enters a ruling on the dispositive motion(s), or otherwise by further order of the Court.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| *s/ Christopher M. Humes* | *s/ Russell S. Buhite* |
| Adam P. Segal, Esq.<br>Nevada Bar No. 6120<br>Bryce C. Loveland, Esq.<br>Nevada Bar No. 10132<br>Christopher M. Humes, Esq.<br>Nevada Bar No. 12782<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614 | Russell S. Buhite, Esq. (*Pro Hac Vice*)<br>Washington Bar No. 41257<br>1201 Third Avenue, Suite 5150<br>Seattle, Washington 98101<br><br>Anthony L. Martin<br>Nevada Bar No. 8177<br>anthony.martin@ogletreedeakins.com<br>3800 Howard Hughes Parkway, Ste. 1500<br>Las Vegas, NV 89169 |
| *Attorneys for Defendants Trustees of the Nevada Resort Association – IATSE Retirement Local 720 Pension Plan* | Vincent J. Aiello<br>**GREENSPOON MARDER, P.A.**<br>Nevada Bar No. 7970<br>3993 Howard Hughes Parkway Ste. 400<br>Las Vegas, NV 89169 |
| Dated: February 11, 2019 | *Attorneys for Plaintiff Westgate LVH, LLC* |
| IT IS SO ORDERED: | Dated: February 11, 2019 |

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 12th day of February, 2019.

3

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _____

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1201 Third Avenue, Ste. 5150
Seattle, WA 98101
Telephone: 206-693-7057

# CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the foregoing STIPULATION AND ORDER FOR ONE-WEEK EXTENSION FOR PARTIES TO RESPOND TO RESPECTIVE SUMMARY JUDGMENT MOTIONS to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

   Adam P. Segal
   Bryce C. Loveland
   Christopher M. Humes

Pursuant to FRCP 5(b), I hereby further certify that service of foregoing STIPULATION AND ORDER FOR ONE-WEEK EXTENSION FOR PARTIES TO RESPOND TO RESPECTIVE SUMMARY JUDGMENT MOTIONS was also made this day by depositing a true and correct copy of same for mailing, first class mail, postage prepaid thereon, at Seattle, Washington, to the following:

   Adam P. Segal, Esq.
   Bryce C. Loveland, Esq.
   Christopher M. Humes, Esq.
   Brownstein Hyatt Farber Schreck LLP
   100 North City Parkway, Suite 1600
   Las Vegas, NV 89106
   *Counsel for Defendant*

Dated this 11th day of February, 2019.

   */s/ Marissa L. Lock*
   An Employee of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 THIRD AVENUE, STE. 5150
SEATTLE, WA 98101
TELEPHONE: 206-693-7057

37382746.1