Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com
Email: chumes@bhfs.com

*Attorneys for Defendants Trustees of the Nevada
Resort Association - IATSE Retirement Local 720
Pension Plan*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WESTGATE LVH, LLC; and NAV-LVH, LLC,<br><br>                     Plaintiffs,<br>vs.<br><br>TRUSTEES OF THE NEVADA RESORT ASSOCIATION, INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES (I.A.T.S.E.) LOCAL 720 PENSION TRUST,<br><br>                     Defendants.<br><br>And all related claims. | CASE NO.: 2:17-cv-01731-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE MOTION FOR ATTORNEY'S FEES AND COSTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54.**<br><br>**[FIRST REQUEST]** |

Defendants, the Trustees of the Nevada Resort Association - IATSE Retirement Local 720 Pension Plan (the "Plan") and Plaintiffs Westgate LVH, LLC's ("Westgate") and NAV-LVH, LLC's ("NAV-LVH") (collectively "Plaintiffs") (collectively "the Parties") hereby stipulate and request an order extending the deadline from October 14, 2019,to October 28, 2019, to file a

19825131

1

post-judgment motion for attorney's fees and costs as provided for under Federal Rule of Civil Procedure 54 ("Rule 54").

On September 30, 2019, this Court entered judgment granting the Plan's Motion for Summary Judgment and denying the Plaintiffs' Motion for Summary Judgment. (ECF No. 82).

Shortly thereafter, the Parties began discussion in an effort to resolve this dispute. The Parties now ask that this Court extend the deadline to file a motion for additional attorney's fees pursuant to Rule 54 so that the Parties may continue their discussions, and to avoid further expenditure of the Parties' and this Court's time and resources.

Rule 54 provides that a motion for attorney's fees "must be filed no later than 14 days after the entry of judgment." Fed. R. Civ. P. 54(d)(2)(B)(1). Under this deadline, the Parties would have until October 14, 2019, to file a motion for attorney's fees. The Parties therefore jointly and respectfully request that the Court extend the deadline to submit a motion for post-judgment attorney's fees until October 28, 2019, so that the Parties may have the requisite time to resolve this matter and avoid potential further litigation.

///

///

///

19825131

2

This request is not being brought for the purpose of delay, but to enable the Parties to pursue resolution of this matter.

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | GREENSPOON MARDER, P.A. |
| /s/ Christopher M. Humes | /s/ Richard W. Epstein |
| Adam P. Segal, Esq.<br>Bryce C. Loveland, Esq.<br>Christopher M. Humes, Esq.<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614<br>Telephone: (702) 382-2101<br>Facsimile: (702) 382-8135<br>Email: asegal@bhfs.com<br>Email: bcloveland@bhfs.com<br>Email: chumes@bhfs.com | Richard W. Epstein, Esq. (*Pro Hac Vice*)<br>Florida Bar No. 0229091<br>200 East Broward Blvd., Ste. 400<br>Fort Lauderdale, FL 33301<br>Email: richard.epstein@gmlaw.com<br><br>Russell S. Buhite, Esq. (*Pro Hac Vice*)<br>Washington Bar No. 41257<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>1201 Third Avenue, Ste. 5150<br>Seattle Washington 98101<br>Email: Russell.buhite@ogletree.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |
| Dated: October 8, 2019. | Dated: October 8, 2019. |

# O R D E R

**IT IS SO ORDERED that the deadline to file a motion pursuant to Federal Rule of Civil Procedure 54 is extended from October 14, 2019, to October 28, 2019.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 9th day of October, 2019.

**CASE NO. 2:17-cv-01731-RFB-NJK**

19825131